United States District Court
Southern District of Texas
ENTERED

AUG 1 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN SENDEJO-RIVAS, | § | |
| Plaintiff(s), | § | |
| v. | § | CIVIL ACTION NO. B-96-CV-214 |
| IMMIGRATION AND NATURALIZATION SERVICE, ET AL | § | |
| Defendant(s). | § | |

## ORDER OF DISMISSAL

The Petitioner filed this habeas corpus petition on November 22, 1996. Petitioner has made no attempt to resolve or prosecute his action since the summons was issued on November 26. 1996. The petitioner's failure to pursue this action indicates that he lacks diligence in prosecuting this suit.

Therefore, under the inherent authority necessarily vested in a court to manage its own affairs in order to achieve the orderly and expeditious dispositions of cases to avoid congestion in its calendar, this court determines that dismissal for want of prosecution is appropriate. See Rule 41 (b), Fed. R. Civ. P.; Link v. Wabash R. R., 370 U. S. 626 (1962); Pond vs. Braniff Airways, Inc., 453 F.2d 347 (5th Cir. 1972); 5 J. Moore, Federal Practice § 41.11 (2d ed. 1968). Petitioner is advised, however, that upon a proper showing, relief from this order may be granted in accordance with Fed. R. Civ. P. 60(b). See Link, 370 U.S. at 635.

This action is **DISMISSED** without prejudice for want of prosecution.

The Clerk will provide copies to the parties.

**SIGNED** on _18_ day of August, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge